**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

|  |  |
|---|---|
| Vanessa Gwin and Earlena Warfield, | : |
| Plaintiffs, | : Civil Action No.: 2:20-cv-02199-PKH |
| v. | : |
| Capital One Bank (USA) N.A., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

Vanessa Gwin and Earlena Warfield          Capital One Bank (USA) N.A.

___/s/ Sergei Lemberg_____          _____

Sergei Lemberg, Esq.                                  Christopher D. Meyer, Esq.
Lemberg Law, LLC                                     BURR & FORMAN LLP
43 Danbury Road, Third Floor                   190 E. Capitol Street, Suite M-100
Wilton, CT 06897                                        Jackson, MS 39201
Telephone: (203) 653-2250                        Telephone: (601) 355-3434
Facsimile: (203) 653-3424                         Facsimile: (601) 355-5150
Email: slemberg@lemberglaw.com          Email: cmeyer@burr.com
Attorney for Plaintiffs                                 Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                        By /s/ Sergei Lemberg
                                                           Sergei Lemberg, Esq.